**Affirmed and Memorandum Opinion filed March 7, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00196-CR

---

### BRYAN WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 180th District Court
### Harris County, Texas
### Trial Court Cause No. 1681638

---

### MEMORANDUM OPINION

Appellant appeals his conviction for sexual assault. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978). The brief further meets the requirements of *Anders* by assigning issues that might arguably support the

appeal, and explaining why those issues do not raise arguable error warranting relief in this appeal. *See Gainous v. State*, 436 S.W.2d 137, 138 (Tex. Crim. App. 1969).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). At appellant's request, the record was provided to him. On January 11, 2024, appellant filed a pro se response to counsel's brief.

We have carefully reviewed the record, counsel's brief, and appellant's pro se response and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

The judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).